■ In the Matter of ERNEST E. MESSIER, Respondent, v BOARD OF COOPERATIVE EDUCATION SERVICES FOR RENSSELAER AND COLUMBIA COUNTIES et al., Appellants.—Judgment, Supreme Court, Albany County, entered March 31, 1977, affirmed, without costs, on the opinion of Murray, J., at Special Term. Mahoney, P. J., Greenblott, Sweeney, Kane and Staley, Jr., JJ., concur.